[No. 12112-3-II.   Division Two.   July 19, 1990.]

JUDITH COGSWELL, as *Executrix, Respondent,* v.
PROGRESSIVE CASUALTY INSURANCE COMPANY,
*Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 87-2-00233-1, Alan R. Hallowell, J., entered June 15, 1988. *Affirmed* by unpublished opinion per Alexander, C.J., concurred in by Petrich, J., and Morgan, J. Pro Tem.

[No. 12891-8-II.   Division Two.   July 19, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. VAN LEE
WHITE, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 88-1-01974-8, Thomas A. Swayze, Jr., J., entered February 22, 1989. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, A.C.J., and Worswick, J.

[No. 24558-9-I.   Division One.   July 23, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. TINA
MARIE HARRIS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88-1-03531-4, Susan R. Agid, J., entered July 19, 1989. *Affirmed* by unpublished opinion per Coleman, C.J., concurred in by Pekelis and Baker, JJ.